1  DANIEL G. BOGDEN
United States Attorney
2  CRISTINA D. SILVA
Assistant United States Attorney
3  333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
4  Phone: (702) 388-6336
Fax: (702) 388-6698
5

# UNITED STATES DISTRICT COURT
6
## DISTRICT OF NEVADA
7  -oOo-

8  UNITED STATES OF AMERICA,        )   Case No.  2:15-mj-00640-CWH
                                     )
9            Plaintiff,              )   **Emergency Motion to Continue**
                                     )   **Preliminary Hearing** (First Request)
10     vs.                           )
                                     )
11  REGINALD WEAVER,                 )
                                     )
12            Defendant.             )

13        COMES NOW the United States of America, by and through DANIEL G.

14  BOGDEN, United States Attorney, and CRISTINA D. SILVA, Assistant United States

15  Attorney, and files motion to continue the preliminary hearing in the above-captioned matter,

16  currently scheduled for November 23, 2015, at 4:00 pm, by one day.

17        This United States files this motion for the following reasons:

18        1.    The parties had continued the preliminary hearing on two occasions in an

19  attempt to resolve the case via plea agreement prior to indictment. The defendant consented to

    both continuances

20        2.    On Thursday, November 19, 2015, Assistant Federal Public Defender

21  visited defendant REGINALD WEAVER ("Weaver") Southern Nevada Detention Center.

22  Following his visit, AFPD Riddle informed the government that Weaver would not accept the

23  Government's offer and would not agree to continue the preliminary hearing one more time.

24  AFPD Riddle had contacted the Government via telephone on Tuesday, November 17, 2015 to

1

advise that Weaver was unhappy with the current plea offer but that he would meet with him on Thursday.   On Thursday, November 19, 2015, AFPD Riddle sent an email advising that Weaver our not agree to any continuances if the Government would not offer him a specific plea offer.

3.      The Grand Jury in the District of Nevada does not meet on Thursdays and Fridays. Accordingly, by the time the United States received formal notice that the plea offer was rejected, the United States could not present the case to the Grand Jury for indictment.

6.      Consequently, the United States respectfully requests that the Court continue the preliminary hearing date by one day to allow for the case to be presented to the grand jury.

7.      Pursuant to Federal Rules of Procedure 5.1(d), if a defendant does not consent to a continuance of the preliminary hearing date, the magistrate judge may extend the time limits only on a showing of extraordinary circumstances and justice requiring the delay. The Government was not informed that the defendant would not agree to the plea offer and would not consent to continue the hearing until Thursday, November 19, 2015 at 4:47pm. Because there is no Grand Jury on Monday, the Government respectfully submits that that is extraordinary circumstances justifying the delay of the hearing by one day, and further that it would be in the interest of justice to continue it.

DATED this 20th day of November, 2015.

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney


_____//s//_____
CRISTINA D. SILVA
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:15-mj-00640-CWH |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| REGINALD WEAVER, | ) |
| | ) |
| Defendant. | |

## FINDINGS OF FACT

Based on the motion of the Government, and good cause, extraordinary circumstances, and that it is in the interest of justice, the Court hereby finds that:

1.     The parties had continued the preliminary hearing on two occasions in an attempt to resolve the case via plea agreement prior to indictment, and further that the defendant consented to both continuances.

2.     On Thursday, November 19, 2015, Assistant Federal Public Defender visited defendant REGINALD WEAVER ("Weaver") at the Southern Nevada Detention Center. Following his visit, AFPD Riddle informed the government that Weaver would not accept the Government's offer and would not agree to continue the preliminary hearing one more time.  AFPD Riddle had contacted the Government via telephone on Tuesday, November 17, 2015 to advise that Weaver was unhappy with the current plea offer but that he would meet with him on Thursday.  On Thursday, November 19, 2015, AFPD Riddle sent an email advising that Weaver our not agree to any continuances if the Government would not offer him a specific plea offer.

3.     The Grand Jury in the District of Nevada does not meet on Thursdays and Fridays. Accordingly, by the time the United States received formal notice that the plea

3

offer was rejected, the United States could not present the case to the Grand Jury for indictment.

6.      Consequently, the United States respectfully requests that the Court continue the preliminary hearing date by one day to allow for the case to be presented to the grand jury.

7.      Pursuant to Federal Rules of Procedure 5.1(d), if a defendant does not consent to a continuance of the preliminary hearing date, the magistrate judge may extend the time limits only on a showing of extraordinary circumstances and justice requiring the delay. The Government was not informed that the defendant would not agree to the plea offer and would not consent to continue the hearing until Thursday, November 19, 2015 at 4:47 pm. Because there is no Grand Jury on Monday, the Government respectfully submits that that is extraordinary circumstances justifying the delay of the hearing by one day, and further that it would be in the interest of justice to continue the preliminary hearing.

For all of the above-stated reasons, noting that the United States cannot present the case to the Grand Jury before the current preliminary hearing date setting, and further that the defendant has twice consented to continuances, the Court finds extraordinary circumstances exists and that justice so requires a one-day continuance of the preliminary hearing date.

Accordingly, the Government's emergency motion to continue the preliminary hearing by one day is hereby GRANTED.

### ORDER

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for November 23, 2015, at the hour of 4:00 pm, be vacated and continued to November 24, 2015 at 4:00 p.m.

DATED: November 23, 2015

_____
THE HONORABLE CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

4