# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>REGINALD WEAVER,<br><br>               Defendant. | Case No.: 2:15-cr-00334-APG-NJK<br><br>**Order Granting Motion to Withdraw**<br><br>(Docket No. 70) |

Pending before the Court is a motion to withdraw as counsel and request for appointment of conflict-free counsel, filed by Defendant Reginald Weaver's attorney, Assistant Federal Public Defender Rebecca Levy.  Docket No. 70.  Ms. Levy represents that she has recently learned of a conflict of interest that impacts her continued representation of Defendant.  *Id*. at 3.[1]  As a result of this conflict, Ms. Levy moves to withdraw as counsel, and asks the Court to appoint conflict-free counsel to represent Defendant.  *Id*. at 4.

For good cause shown, the Court **GRANTS** counsel's motion.  Docket No. 70.  Ms. Levy is withdrawn as Defendant's attorney, as is the entire Federal Public Defender's Office.  The Court **ORDERS** the immediate appointment of new counsel from the CJA panel to represent Defendant. New counsel is directed to contact Ms. Levy immediately upon appointment, so that she can arrange for the transfer of her file.

IT IS SO ORDERED.

DATED: July 19, 2019.

                                          _____
                                          NANCY J. KOPPE
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The Court cites to CM/ECF's pagination.