OSVALDO E. FUMO, ESQ.
Nevada bar No. 5956
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 474-7554 Fax (702) 474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant -REGINALD WEAVER

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:15-cr-334-APG-NJK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| REGINALD WEAVER, | ) | |
| Defendant | ) | |

**STIPULATION AND ORDER TO CONTINUE PROABTION REVOCATION HEARING**

IT IS HEREBY STIPULATED AND AGREED by and between OSVALDO E. FUMO, ESQ. Counsel for Defendant REGINALD WEAVER and DANIEL J. COWHIG, Assistant United States Attorney, that the Probation Revocation Hearing currently scheduled for August 5, 2019, at 2:00 p.m., be vacated and reset for *3 weeks or on or AFTER August 28, 2019 excluding August 30, 2019* or a date and time convenient to the court.

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to defendant and he has no objection to the request of continuance.

2. Defendant is in custody in Pahrump.

3. Counsel has spoken to AUSA COWHIG and he does not oppose to the continuance.

-1-

4. Counsel for Defendant needs additional time to go over the discovery and transcripts with client thoroughly.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Probation Revocation Hearing until a date and time convenient to the court.

This is the first request for continuance filed herein.

DATED: August 5, 2019

| PITARO & FUMO, CHTD | NICHOLAS TRUTANICH |
| --- | --- |
| | UNITED STATES ATTORNEY |
| /S/ | /S/ |
| OSVALDO E. FUMO, ESQ. | DANIEL J. COWHIG |
| 601 LAS VEGAS BOULEVARD, S | ASSISTANT UNITED STATES ATTORNEY |
| LAS VEGAS, NEVADA 89101 | 501 LAS VEGAS BOULEVARD SOUTH. #1100 |
| ATTORNEY FOR THE DEFENDANT | LAS VEGAS, NEVADA 89101 |
| REGINALD WEAVER | ATTORNEY FOR UNITED STATES OF AMERICA |

OSVALDO E. FUMO, ESQ.
Nevada bar No. 5956
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 474-7554 Fax (702) 474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant -REGINALD WEAVER

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-334-APG-NJK |
| Plaintiff, | |
| v. | |
| REGINALD WEAVER, | |
| Defendant | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to defendant and he has no objection to the request of continuance.

2. Defendant is in custody in Pahrump.

3. Counsel has spoken to AUSA COWHIG and he does not oppose to the continuance.

4. Counsel for Defendant needs additional time to go over the discovery and transcripts with client thoroughly.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Probation Revocation Hearing until a date and time convenient to the court.

This is the first request for continuance filed herein.

## **CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Probation Revocation Hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## **ORDER**

IT IS HEREBY ORDERED that the Probation Revocation Hearing currently scheduled for August 5, 2019, at 2:00 p.m., be continued to the 6th day of September, **2019** at 10:00 a.m., in courtroom 6C.

DATED this 5th day of August, 2019.

_____
U.S. DISTRICT JUDGE