RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
Email: russ@wmllawlv.com
Attorney for Reginald Lee Weaver

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | |
|             vs. ) | CASE NO. 2:15-CR-00334-APG-NJK |
| REGINALD LEE WEAVER, ) | |
|         Defendant. ) | |

**UNOPPOSED MOTION FOR STATUS HEARING**

Defendant REGINALD LEE WEAVER, through his counsel, RUSSELL E. MARSH, ESQUIRE, WRIGHT MARSH & LEVY, hereby moves this Court for a status hearing for the purpose of appointing counsel and setting this case for resentencing. In further support of this motion, Defendant states as follows:

1. Following a revocation hearing on September 6, 2019, Mr. Weaver was sentenced by this Court to 21 months of imprisonment, followed by 10 years of supervised release. (ECF Nos. 78, 79).

2. Mr. Weaver appealed from this judgment. (ECF No. 80). On September 26, 2019, Russell E. Marsh was appointed as counsel for Mr. Weaver on appeal. (ECF No. 85). On August 10, 2020, Mr. Marsh was appointed CJA counsel before the district court. (ECF No. 92).

3. On October 23, 2020, a panel of Ninth Circuit Court of Appeals issued an Order vacating the district court's judgment and remanding the case. (ECF No. 93 at 3).

4. Mr. Weaver requests that this Court set this matter for a status hearing to set this matter for resentencing and to determine any other steps needed in this case

5. Undersigned counsel has contacted the U.S. Attorney's office regarding this request. The government does not oppose this request.

WHEREFORE, Mr. Weaver requests that this case be scheduled for a status hearing as soon as possible.

Dated this 5th day of November, 2020.

                Respectfully submitted,

                WRIGHT STANISH & WINCKLER

                BY      /s/ Russell E. Marsh
                      RUSSELL E. MARSH, ESQUIRE
                      Attorney for Reginald Lee Weaver

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 5th day of November, 2020, I caused a copy of the foregoing MOTION FOR STATUS HEARING to be served via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

              BY /s/ Debbie Caroselli
                 An employee of Wright Marsh & Levy

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>          ) <br>    Plaintiff,          )<br>          )<br>    vs.          )<br>          )<br>REGINALD LEE WEAVER,      )<br>          )<br>    Defendant.          )<br>_____) | CASE NO. 2:15-CR-00334-APG-NJK<br><br>**ORDER** |

    Based on the Motion brought by the Defendant, Reginald Lee Weaver, and good cause appearing, this matter is set for a status hearing for the purposes of appointing counsel and other matters on <u>November 12, 2020</u>, at <u>10:30 a.m. by video-conference</u>.

DATED: November 10, 2020

_____
ANDREW P. GORDON
United States District Judge