# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00334-APG-NJK |
|---|---|
| Plaintiff | **Order for Quarantine** |
| v. | |
| REGINALD WEAVER, | |
| Defendant | |

I have scheduled a revocation hearing for Reginald Weaver on Tuesday, November 17, 2020 at 11:00 a.m. PST by video conference or phone.  The parties anticipate that Mr. Weaver may be sentenced to time served at that time, meaning he would be released immediately.  One of the conditions of continued supervision may be the requirement that Mr. Weaver live at the Residential Reentry Center (RRC) in Las Vegas until he can locate appropriate housing.  The RRC requires that residents be quarantined for 14 days before they are admitted into the facility. I therefore strongly urge the Bureau of Prisons to immediately quarantine Mr. Weaver in order to expedite his release and transfer to the RRC.  If COVID-19 testing is reasonably available, it would be helpful for Mr. Weaver to be tested immediately as well.

DATED: November 12, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE