UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REGINALD WEAVER, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 2:15-CR-00334-APG-NJK <br><br> **ORDER** |

Based on the Stipulation of counsel, and good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED THAT the hearing on Revocation of Supervised Release in the above captioned matter currently scheduled for December 21, 2021 at 3:30 pm., be vacated and continued to February 22, 2022, at 1:30 p.m. by videoconference.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
DATED: December 20, 2021