RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Reginald Weaver

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>REGINALD WEAVER,<br><br>           Defendant. | Case No. 2:15-cr-00334-APG-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Reginald Weaver, that the Revocation Hearing currently scheduled on November 15, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The parties are engaged in negotiations and will need additional time to see the resolution of this case.

2. Mr. Weaver is severely injured from gun shot wounds and needs additional time to get medical care and recover.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 9th day of November, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Aden Kebede<br>ADEN KEBEDE<br>Assistant Federal Public Defender | By /s/ Robert Knief<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>REGINALD WEAVER,<br><br>             Defendant. | Case No. 2:15-cr-00334-APG-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for November 15, 2023 at 10:30 a.m., be vacated and continued to February 13, 2024 at the hour of 9:30 a.m. in Courtroom 6C.

DATED this 13th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE