RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KAHSSAI
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Reginald Weaver

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00334-APG-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** (Second Request) |
| v. | |
| REGINALD WEAVER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, counsel for Reginald Weaver, that the Revocation Hearing currently scheduled on February 13, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.    Mr. Weaver has upcoming surgeries scheduled at the Nevada Southern Detention Center and needs additional time to get medical care and recover.

2.    The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 7th day of February, 2024.

RENE L. VALLADARES                         JASON M. FRIERSON
Federal Public Defender                    United States Attorney


By /s/ Aden Kahssai                        By /s/ Robert Knief
ADEN KASSAI                                ROBERT KNIEF
Assistant Federal Public Defender          Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

REGINALD WEAVER,

        Defendant.

Case No. 2:15-cr-00334-APG-NJK

**ORDER**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 13, 2024 at 9:30 a.m., be vacated and continued to April 16, 2024 at the hour of 9:30 a.m. in Courtroom 6C.

    DATED this 8th day of February, 2024.

_____

UNITED STATES DISTRICT JUDGE