RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KAHSSAI
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Reginald Weaver

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>REGINALD WEAVER,<br><br>             Defendant. | Case No. 2:15-cr-00334-APG-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, counsel for Reginald Weaver, that the Revocation Hearing currently scheduled on April 16, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Mr. Weaver has one final surgery scheduled at the Nevada Southern Detention Center at the end of April and needs additional time to get medical care and recover.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 9th day of April, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Aden Kahssai*<br>ADEN KASSAI<br>Assistant Federal Public Defender | By /s/ *Robert Knief*<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REGINALD WEAVER,<br><br>    Defendant. | Case No. 2:15-cr-00334-APG-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 16, 2024 at 9:30 a.m., be vacated and continued to June 25, 2024 at the hour of 10:30 a.m. in Courtroom 6C.

DATED this 9th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE

3