RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Reginald Weaver

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REGINALD WEAVER,<br><br>　　　　Defendant. | Case No. 2:15-cr-00334-APG-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Reginald Weaver, that the Revocation Hearing currently scheduled on July 31, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Mr. Weaver is facing a new charge of Violation of the Sex Offender Registration and Notification Act in violation of 18 U.S.C. § 2250(a).

2. Mr. Weaver has not been indicted on the new charge. The parties

are attempting to resolve this matter pre-indictment.

3. The parties anticipate a global resolution, resolving the instant supervised release violation as well as the new charge.

4. Undersigned counsel recently took over this case. The extra time requested is to enable her to meet with Mr. Weaver and advise him regarding the plea, and to allow sufficient time for him to enter a change of plea should he wish to accept it.

5. The defendant is currently detained and consents to the continuance.

6. The parties agree to the continuance.

7. This is the fourth request for a continuance of the revocation hearing.

DATED July 9, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/ Kimberly M. Frayn*<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REGINALD WEAVER,<br><br>　　　　Defendant. | Case No. 2:15-cr-00334-APG-NJK<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for July 31, 2024 at 9:45 a.m., be vacated and continued to October 29, 2024 at the hour of 9:30 a.m. in Courtroom 6C.

   DATED this 10th day of July, 2024.

   _____
   UNITED STATES DISTRICT JUDGE